UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-97-1/9-JL

<u>Morton et al</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial for 30 days (document no. 79) filed by defendant Sara Jabour is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: June 17, 2009

cc:    Bruce E. Kenna, Esq.
       Stanley W. Norkunas, Esq.
       Mark E. Howard, Esq.
       Lawrence A. Vogelman, Esq.
       Jessica C. Brown, Esq.
       Glenn G. Geiger, Esq.
       Richard H. Hubbard, Esq.
       Richard F. Monteith , Jr, Esq.
       Michael J. Sheehan, Esq.
       Jennifer C. Davis, AUSA
       U.S. Marshal
       U.S. Probation