UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Criminal No. 09-cr-97-06-JL

<u>Sara Jabour</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 141 ) filed by defendant is granted; Final Pretrial is rescheduled to March 25, 2010 at 2:00pm; Trial is continued to the two-week period beginning April 6, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                 _____
                                               Joseph N. Laplante
                                             United States District Judge

Date: January 12, 2010

cc:   All Counsel
      U.S. Marshal
      U.S. Probation